No. 71–1503.   DeSoto, Inc. *v.* Cataphote Corp. et al. C. A. 9th Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   ■

No. 71–1513.   Russo *v.* Byrne, U. S. District Judge. C. A. 9th Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–5121.   Baker *v.* Tollett, Warden.   C. A. 6th Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–6210.   Ansley *v.* Georgia.   Ct. App. Ga. Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   ■

No. 71–6340.   Robinson *v.* Florida.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   ■

No. 71–6350.   Lewis *v.* Michigan.   Sup. Ct. Mich. Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   ■

No. 71–6596.   Evans *v.* Swenson, Warden.   C. A. 8th Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   ■

No. 71–6618.   Bogdan *v.* Rodriguez, Warden.   C. A. 10th Cir.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.

No. 71–6628.   Goetz *v.* Oregon.   Sup. Ct. Ore.   Certiorari denied.   Mr. Justice Douglas is of the opinion that certiorari should be granted.   ■